**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 13-11043 |
| | ) | |
| MARTIN ALAN SCHIMEL, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge: Pat E. Morgenstern-Clarren |

**NOTICE OF INTENT TO SELL AND SALE OF PERSONAL PROPERTY**
**(2009 Toyota Yaris) AT PRIVATE SALE PURSUANT TO 11 U.S.C. § 363**

Please take notice that pursuant to 11 U.S.C. § 363(b) and in accordance with Rules 2002(a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Richard A. Baumgart, the Trustee in the chapter 7 bankruptcy case identified in the caption above, intends to sell at private sale the following personal property:

2009 Toyota Yaris

The above property will be sold to the Debtor at a private sale immediate following the hearing listed in the date and time listed below for the total sum of $3,000.00. There are no known liens, claims, encumbrances or other interests in the property, other than the Debtor's claims of exemption. The Debtor will pay the $1,500.00 by April 15, 2013 and $1,500.00 by not later than May 15, 2013.

A hearing is scheduled in Room 2A of the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, located at the Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114, on May 16, 2013 at 8:30 AM, to consider this Notice, and any written objection thereto which is filed and served on the undersigned, the United States Trustee, and all parties entitled to receive such objection not later than seven (7) days preceding the date scheduled for the hearing. If no objection to this

notice is filed and served within such time, the sale will be completed without a hearing.

/s/ Richard A. Baumgart
Richard A. Baumgart, Trustee
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street, Suite 1100
Cleveland, Ohio 44114-3169
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: rbaumgart@dsb-law.com

## CERTIFICATE OF SERVICE

I certify that on April 5, 2013, a true and correct copy of the foregoing Notice of Sale was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Ken Rubenstein, on behalf of the Debtors, at rubamatic@adelphia.net
United States Trustee at (registered address)@usdoj.gov

and in accordance with Local Rule 2002-1, copies were mailed by regular U.S. Mail, postage pre-paid for delivery to each of the creditors in the within bankruptcy case, as reflected on the attached service list.

/s/ Richard A. Baumgart
Richard A. Baumgart, Trustee
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street, Suite 1100
Cleveland, Ohio 44114-3169
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: rbaumgart@dsb-law.com

American Express
PO Box 1270
Newark, NJ 07101-1270

Aris Teleradiology
Fidelity National Collections
PO Box 2055
Alliance, OH 44601-0055

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Capital Management Services, LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317

Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599

Charles Mill Lake Park
1277A SR 430
Mansfield, OH 44903-9502

Chase
Cardmember service
PO Box 15153
Wilmington, DE 19886-5153

Citi
PO Box 182564
Columbus, OH 43218-2564

Citicards
PO Box 182564
Columbus, OH 43218-2564

City of Parma
PO Box 94734
Cleveland, OH 44101-4734

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Emergency Pro Services, Inc
2620 Ridgewood Rd
Ste 300
Akron, OH 44313-3500

Illuminating Company/First Energy
76 S. Main St
Akron, OH 44308-1812

Ohio Department of Taxation
PO Box 182131
Columbus, OH 43218-2131

Pathology Laboratories
1936 N 13th St
Suite 301
Toledo, OH 43604

Pleasant Lake Apts, LLC
1703 Brookpark Rd
Cleveland, OH 44109-5836

Southwest General Health Center
PO Box 632701
Cincinnati, OH 45263-2701

Southwest Urology
6900 Pearl Rd
2nd Floor
Middleburg Heights, OH 44130-3640

Western Reserve
1703 Brookpark Rd
Cleveland, OH 44109-5837

Western Reserve Property Management
1703 Brookpark Rd
Cleveland, OH 44109-5837

World Points Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Martin Alan Schimel
14567 Madison Avenue
Apt 710
Lakewood, OH 44107-4361